1 Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
2 Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
3 **KING & SIEGEL LLP**
4 724 S. Spring Street, Ste. 201
Los Angeles, California 90014
5 Tel:  (213) 465-4802
Fax: (213) 465-4803
6
7 Attorneys for Plaintiff

8 JEFFREY J. ZUBER  (SBN 220830)
*jzuber@zuberlawler.com*
9 **ZUBER LAWLER LLP**
350 S. Grand Avenue, 32nd Floor
10 Los Angeles, California 90071
Telephone: (213) 596-5620
11 Facsimile: (213) 596-5621

12 Attorneys for Defendant
13

14 ### UNITED STATES DISTRICT COURT

15 ### CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| **Henry Ho**, an individual,<br><br>                Plaintiff,<br><br>vs<br><br>**First Republic Bank**, a California Corporation; and **Does 1-10**, inclusive,<br><br>                Defendants. | CASE NO. CV 23-6317-GW-MRWx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE - FRCP 41(a)(1)(A)(ii)**<br><br>**Complaint filed:**   June 15, 2023<br>**Date removed:**    August 3, 2023 |

**ORDER**

The Parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: September 5, 2024

_____
HON. GEORGE H. WU,
United States District Judge